UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION |
| v. | : | 07 Cr. 837 (VM) |
| Din Celaj, et al., | : | |
| Defendants. | : | |

-----------------------------------------------------------x

TO:     Clerk of Court
        United States District Court
        Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case in addition to AUSAs already on the case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                    Respectfully submitted,

                                    MICHAEL J. GARCIA
                                    United States Attorney for the
                                    Southern District of New York

                              by:   /s/ Katherine R. Goldstein
                                    Katherine R. Goldstein
                                    Assistant United States Attorney
                                    (212) 637-2641

TO:   Alan Seidler, Esq.
      Seth Ginsberg, Esq.
      Benjamin Fisher, Esq.
      Kenneth Paul, Esq.

Henry J. Steinglass, Esq.
Kyle Watters, Esq.
Lawrence Gerzog, Esq.
Andrew Patel, Esq.
Nancy Ennis, Esq.

2